The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELL GO USA ENTERTAINMENT,<br><br>Plaintiff,<br><br>v.<br><br>HAIUKEN, INC., PARAKAN SOFTWARE, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO. 17-CV-403-RSL<br><br>**ORDER RE: *EX PARTE* MOTION FOR LEAVE TO SERVE DEFENDANTS VIA E-MAIL PURSUANT TO F.R.C.P. 4(f)(3)** |

ORDER RE: *EX PARTE* MOTION FOR LEAVE TO SERVE DEFENDANTS VIA E-MAIL (17-CV-403-RSL)

Jolene R. Konnersman
Mitchell Silberberg & Knupp, LLP
11377 W. Olympic Blvd. Los Angeles, CA 90064
(310) 312-2000

8973099.1

The Court has before it Plaintiff's *Ex Parte* Motion For Leave To Serve Defendants Via E-Mail Pursuant To Federal Rule of Civil Procedure 4(f)(3). Having considered this Motion and supporting papers, and for good cause shown, the Court grants the Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall serve Defendants Haiuken, Inc. and Parakan Software, Inc. with the summons and complaint in this action at the following email addresses: support@haiuken.com, and tech@haiuken.com.

Dated this 24st day of July, 2017.

*/s/ S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented this 8th Day of June, 2017 by:

MITCHELL SILBERBERG & KNUPP LLP
Attorneys for Plaintiff Well Go USA Entertainment

By: /s/ Jolene Konnersman
    Jolene Konnersman (SBN 43847)
    11377 West Olympic Boulevard
    Los Angeles, CA  90064-1683
    Telephone:  (310) 312-2000
    Facsimile: (310) 312-3100
    E-mail:  jrk@msk.com

ORDER RE: *EX PARTE* MOTION FOR LEAVE TO SERVE DEFENDANTS VIA E-MAIL (17-CV-403-RSL)

Jolene R. Konnersman
Mitchell Silberberg & Knupp, LLP
11377 W. Olympic Blvd. Los Angeles, CA 90064
(310) 312-2000

8973099.1

1